# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-1184
LT Case No. 2023-CC-28

_____

CHARLES SCHOSSLER, JR. and
CORAL BAUGHMAN A/K/A CORAL
GIBSON,

    Appellants,

    v.

KENNETH W. STRONG,

    Appellee.

_____

On appeal from the County Court for Sumter County.
Paul L. Militello, Judge.

Charles Schossler, Jr. and Coral Gibson, Bushnell, pro se.

Kenneth W. Strong, Bushnell, pro se.

March 5, 2024

PER CURIAM.

    AFFIRMED.

JAY, EISNAUGLE, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____